|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |
| VERONICA SEGURA o/b/o A.G.V., | Case No. 1:25-cv-01103-BAM |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 2) |
| Defendant. | **TWENTY-ONE DAY DEADLINE** |

On August 29, 2025, Plaintiff Veronica Segura, o/b/o Minor A.G.V. ("Plaintiff"), filed this action seeking judicial review of a final decision of the Commissioner of the Social Security Administration. (Doc. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2). However, Plaintiff's application is insufficient for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff reports that her gross pay or wages are approximately $3,000 per month. (Doc. 2 at 1.) Plaintiff reports that her spouse earns $3,000 per month in gross pay or wages. (*Id.*) Plaintiff further reports that she receives $476 per month in food stamps, $147 per month in cash aid, and approximately $600 in housing benefits. (*Id.*)

Having considered the application, the Court requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action. Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated:  **September 3, 2025**          /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE