ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
JULIE A.K. CUMMINGS, HI BAR NO. 10635
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1551
Julie.Cummings@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA SEGURA O/B/O A.G.V, | Civil No. 1:25-cv-01103-KES-FRS (EPG) |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended forty (40) days from February 4, 2026, up to and including March 16, 2026. This is the Defendant's first request for an extension.

Counsel for the Commissioner respectfully requests this extension of time to file the responsive brief, as good cause exists for this request. I am committed to providing thorough and effective representation in this matter. I have been assisting my office in addressing a significant

district court workload backlog, while also prioritizing this case. At present, I am responsible for 13 briefs pending before this Court and others in the circuit, with six briefs due within the next nine days. Given these competing deadlines, I respectfully request this extension to ensure that I can devote the necessary attention and resources to this case and best represent the Commissioner's interests.

Given these circumstances, I respectfully request an additional 40 days to complete the brief. This extension will allow me to better sequence my existing deadlines and ensure that I can provide thorough and effective representation for the Commissioner in this case. I appreciate the Court's consideration of this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 3, 2026

/s/  Jonathan Omar Pena*
(*as authorized via e-mail on Feb. 3, 2026)
Jonathan Omar Pena
Attorney for Plaintiff

Dated: February 3, 2026

Michelle Beckwith
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:   /s/  Julie A.K. Cummings
JULIE A.K. CUMMINGS
Special Assistant U.S. Attorney
Attorneys for Defendant

Def.'s Responsive Brief                    Page 2          Case No. 1:25-cv-01103-KES-FRS (EPG)

## ORDER

Pursuant to the parties' stipulation (Doc. 18), IT IS SO ORDERED that Defendant shall have an extension, up to and including **March 16, 2026**, to respond to Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order are extended accordingly.

**IT IS SO ORDERED.**

DATED: __February 3, 2026__                     /s/ _Eric P. Gross_
                                        **UNITED STATES MAGISTRATE JUDGE**